


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF TOP ZINC LIMITED AND ZINC HOTELS (INVESTMENT) LIMITED FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. §1782 | No.: 1:18-mc-170 |

## ORDER

Upon consideration of the Application for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. §1782 (the "Application"), submitted by Top Zinc Limited and Zinc Hotels (Investment) Limited, and all papers submitted in support thereof, this Court finds that: (1) the statutory requirements of 28 U.S.C. §1782 are satisfied; and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore ORDERED that the Application is GRANTED.

**SO ORDERED.**

Dated: __**APR 3 0 2018**__, 2018

_George B. Daniels_
United States District Judge